United States District Court
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT

**VRW**

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF NATHAN PACO.

CV 08 80079 MISC

No

ORDER TO SHOW CAUSE

By letter dated April 9, 2008, the undersigned was informed by Dennis Montali, Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of California, that Nathan Paco has failed to comply with an order imposing sanctions issued by Judge Montali.  Doc #52 in <u>In re: PJ's Limited Liability Ltd Parnership</u>, No 05-32368 (Bankr ND Cal, Oct 1, 2007). Accordingly, pursuant to Civil L R 11-7(b), Nathan Paco is ordered to show cause in writing by no later than thirty days from the date of this order why he should not be suspended from the roll of attorneys authorized to practice law before this court.

IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**