OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL™

RECEIVED

MAY 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7006 0810 0001 4709 4709

Nathan Paco
1419 Burlingame Avenue, 2nd Floor
Burlingame, CA 94010

1st NOTICE
2nd NOTICE
RETURNED

UNITED STATES POSTAGE

PITNEY BOWES

$ 05.21⁰

02 1A
0004329882        APR 14 2008
MAILED FROM ZIP CODE 94102

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nathan Price
1419 Burlingame Ave.
2ND Floor
Burlingame, CA
94010
08-80079 MISE VRW

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   710 0001 9709 4709

PS Form ... ceipt                    102595-02-M-1540

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF NATHAN PACO.   CV 08 80079MISC
                                             No
_____/

ORDER TO SHOW CAUSE

By letter dated April 9, 2008, the undersigned was informed by Dennis Montali, Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of California, that Nathan Paco has failed to comply with an order imposing sanctions issued by Judge Montali.  Doc #52 in <u>In re: PJ's Limited Liability Ltd Parnership</u>, No 05-32368 (Bankr ND Cal, Oct 1, 2007). Accordingly, pursuant to Civil L R 11-7(b), Nathan Paco is ordered to show cause in writing by no later than thirty days from the date of this order why he should not be suspended from the roll of attorneys authorized to practice law before this court.

IT IS SO ORDERED.

_____

VAUGHN R WALKER
United States District Chief Judge